AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
September 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____aq_____
DEPUTY

**UNITED STATES OF AMERICA**
V.
Cleidy Patricia ELIAS-Perez

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-5390-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __9/27/2025__ in __El Paso__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, knowingly enter the United States at a time and place not designated as a Port of Entry by Immigration Officers after having been previously convicted for a violation of Title 8, United States Code, Section 1325 on August 15, 2025, in Cause Number EP:25-M-04511(1).

in violation of Title __8__ United States Code, Section(s) __1325__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The DEFENDANT, Cleidy Patricia ELIAS-Perez, an alien to the United States and citizen of Mexico, illegally entered the United States from the Republic of Mexico on September 27, 2025, approximately 2.6 miles west of the Tornillo Port of Entry in Tornillo, Texas. The DEFENDANT has been previously convicted for a violation of Title 8, United States Code, Section 1325 on August 15, 2025, in El Paso, Texas.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Complaint sworn to telephonically on __September 29, 2025__ at __01:12 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant
Fabiola Cintron
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

9/29/2025
Date

at   El Paso, TX
City/State

Laura Enriquez          U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Cleidy Patricia ELIAS-Perez

PEPT# PEPT250902179

09/29/2025

FACTS   (CONTINUED)

Immigration History:
None Found

Criminal History:
08/14/2025, El Paso, Texas, 8 USC 1325(M), CNV, 4 Days.
08/14/2025, El Paso, Texas, 50 USC 797(M), CNV, 4 Days.
08/14/2025, El Paso, Texas, 18 USC 1382(M), CNV, 4 Days.